ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEROY PETERSON,
    Plaintiff
:
:
:   No. 1:CV-01-0972
v.   :
:   (Judge Kane)
SCI CAMP HILL,
    Defendant



FILED
HARRISBURG

JUN 0 6 2001

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

**DEFENDANT'S RENEWED
MOTION TO DISMISS THE COMPLAINT**

Pursuant to Rule 12(b)(1) & (6) of the Federal Rules of Civil Procedure, defendant, by its attorneys, moves the Court to dismiss the complaint for lack of jurisdiction and failure to state a claim upon which relief may be granted. This motion is supported by the accompanying memorandum of law.

**WHEREFORE**, the complaint should be dismissed.

    Respectfully submitted,

    D. MICHAEL FISHER
    Attorney General

By:    _____
    GREGORY R. NEUHAUSER
    Senior Deputy Attorney General

    SUSAN J. FORNEY
    Chief Deputy Attorney General
    Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA  17120
717-787-8106
DATE: June 6, 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEROY PETERSON, :
    Plaintiff :
        : No. 1:CV-01-0972
v. :
        : (Judge Kane)
SCI CAMP HILL, :
    Defendant :

## CERTIFICATE OF SERVICE

I, **GREGORY R. NEUHAUSER,** Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **June 6, 2001**, I caused to be served a true and correct copy of the foregoing document **Defendant's Renewed Motion to Dismiss the Complaint** by depositing it in the United States mail, first-class postage prepaid to the following:

**Christopher Leroy Peterson, EE-5357
SCI-Rockview
Box A
Bellefonte, PA 16823-0820**

*/s/ Gregory Neuhauser*
**GREGORY R. NEUHAUSER
Senior Deputy Attorney General**