

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER LEROY PETERSON, | : | CIVIL ACTION NO. **1:CV-01-0972** |
| Plaintiff | : | (Judge Kane) |
| v. | : | (Magistrate Judge Blewitt) |
| SCI-CAMP HILL, | : | |
| Defendant | : | |

**FILED**
**SCRANTON**
JUL 3 2001
PER _____
DEPUTY CLERK

### ORDER

Plaintiff, an inmate at the State Correctional Institution at Rockview, filed this civil rights action pursuant to 42 U.S.C. § 1983 on May 31, 2001. Plaintiff is proceeding *pro se*.

On June 6, 2001, Defendant filed a Motion to Dismiss the Complaint (Doc. 2), together with a supporting Memorandum. (Doc. 3). The time within which Plaintiff was to have filed a response to the motion is long past. Plaintiff has neither filed a brief in opposition to the motion nor an extension of time within which to do so. Plaintiff shall be afforded an opportunity to file the requisite brief.

**AND NOW, this 3rd day of July, 2001, IT IS HEREBY ORDERED THAT:**

1. Plaintiff shall file a brief in opposition to Defendant's Motion to Dismiss the Complaint (Doc. 2) within **ten (10) days** of the date of this Order.

2. Failure to timely file said brief will result in a recommendation that the action be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure.

3. The Clerk of Court shall provide Plaintiff with a copy of this Court's Standing Practice Order, together with a copy of this Order.

**THOMAS M. BLEWITT**
**United States Magistrate Judge**

Dated: July 3, 2001