(6)

Re: 1:01-CV-00972

FILED SCRANTON
JUL 11 2001
PER dm
DEPUTY CLERK

Chris Peterson
Box A-EE5357
BelleFonTe, PA. 16823

Christopher LeRoy Peterson
vs.
SCI-Camp Hill

5 July 2001

Clerk of Court:

**Brief in Opposition**

This is a (brief in opposition) in the form of a letter. To inform you, the assigned Judge, and courts, that I Christopher LeRoy Peterson. Am in opposition to the Defendant's Motion to Dismiss the above complaint.

I do wish this case, to continue and move forward, through every process. Of the courts that the assigned Judge see's fit.

I bring this to you, in this form before, my limit of Ten (10) days. And I ask, that the court, honor this as the Brief of Opposition. Which I was ordered, to have to you with in Ten (10) days.

Christopher Peterson