IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEROY PETERSON, :
**Plaintiff**  :
: Civil Action No. ~~00-1517~~ 01-972
v. :
: (Judge Kane)
SCI CAMP HILL, : (M.J. Blewitt)
**Defendant** :

## MOTION FOR INVOLUNTARY DISMISSAL

Defendant, by its attorneys, moves the court for involuntary dismissal of the action in accordance with Fed.R.Civ.P 41 for plaintiff's failure to comply with the order of December 8, 2001. That order directed plaintiff to file an amended complaint within thirty days, i.e., by January 7, 2002. Plaintiff has not done so.

Wherefore, defendant's motion for involuntary dismissal should be granted.

          Respectfully submitted,

          D. MICHAEL FISHER
          Attorney General

By: *[signature]*
          GREGORY R. NEUHAUSER
          Senior Deputy Attorney General

          SUSAN J. FORNEY
          Chief Deputy Attorney General
          Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA 17120
717-787-8106

Date:   January 18, 2002

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER LEROY PETERSON,<br>    Plaintiff | :<br>:<br>:  No. 1:CV-01-0972 |
| v. | :<br>:  (Judge Kane) |
| SCI CAMP HILL,<br>    Defendant | :  (M.J. Blewitt)<br>: |

### CERTIFICATE OF SERVICE

I, **GREGORY R. NEUHAUSER,** Senior Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on **January 18, 2002**, I caused to be served a true and correct copy of the foregoing document **Motion for Involuntary Dismissal** by depositing it in the United States mail, first-class postage prepaid to the following:

**Christopher Leroy Peterson, EE-5357
SCI-Rockview
Box A
Bellefonte, PA 16823-0820**

_____
GREGORY R. NEUHAUSER
**Senior Deputy Attorney General**