2 Gt

10
1/22/02

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

FILED

JAN 1 8 2002

PER_____
HARRISBURG, PA  DEPUTY CLERK

CHRISTOPHER LEROY PETERSON,    :
      **Plaintiff**                  :
                               :    **No. 1:CV-01-0972**
    **v.**                          :
                               :    **(Judge Kane)**
SCI CAMP HILL,                 :    **(M.J. Blewitt)**
      **Defendant**                  :

**MEMORANDUM IN SUPPORT OF DEFENDANT'S**
**MOTION FOR INVOLUNTARY DISMISSAL**

In this civil action brought pursuant to 42 U.S.C. § 1983 by an inmate of a state correctional institution, the Court on December 8, 2001 granted the defendant's motion to dismiss and directed plaintiff to file an amended complaint within thirty days, i.e., by January 7, 2002. Plaintiff has not done so. Accordingly, the Court should dismiss the action for plaintiff's failure to comply with an order of the Court. Stackhouse v. Mazurkiewicz, 95 1 F.2d 29, 30 (3d Cir. 1992) ( if party fails to comply after a specific direction from court, dismissal is appropriate).

For these reasons, Defendant's motion for involuntary dismissal should be granted.

Respectfully submitted,

D. MICHAEL FISHER
Attorney General


By: _____

GREGORY R. NEUHAUSER
Senior Deputy Attorney General


SUSAN J. FORNEY
Chief Deputy Attorney General
Chief, Litigation Section


OFFICE OF ATTORNEY GENERAL
15th Floor, Strawberry Square
Harrisburg, PA  17120
717-787-8106


Date:   January 18, 2002

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER LEROY PETERSON,  :
          Plaintiff  :
                           :       No. 1:CV-01-0972
          v.  :
                           :       (Judge Kane)
SCI CAMP HILL,  :       (M.J. Blewitt)
          Defendant  :

## CERTIFICATE OF SERVICE

I, **GREGORY R. NEUHAUSER,** Senior Deputy Attorney General

for the Commonwealth of Pennsylvania, Office of Attorney General, hereby

certify that on **January 18, 2002**, I caused to be served a true and correct copy of

the foregoing document **Memorandum in Support of Defendant's Motion for**

**Involuntary Dismissal** by depositing it in the United States mail, first-class

postage prepaid to the following:

**Christopher Leroy Peterson, EE-5357**
**SCI-Rockview**
**Box A**
**Bellefonte, PA 16823-0820**

*Gregory R Neuhauser*
**GREGORY R. NEUHAUSER**
**Senior Deputy Attorney General**