Case No: 1:01-cv-972   Document No: 11,   1 Copy Printed: Feb, 20, 2002  02:45 PM

Christopher Leroy Peterson
EE-5357
SCI-R
SCI at Rockview
P.O. Box A
Bellefonte, PA 16823

R&R dtd 2/20/02

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG & U.S. COURTHOUSE
235 NORTH WASHINGTON AVENUE
P.O. BOX 1148
SCRANTON, PA 18501-1148

OFFICIAL BUSINESS

FILED
SCRANTON