*cc: all attached*

(13
3/18/05
JSM

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHRISTOPHER LEROY PETERSON** | : | CIVIL ACTION NO. 1:CV-01-0972 |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Blewitt) |
| v. | : | |
| **SCI CAMP HILL** | : | |
| Defendant | : | |

FILED
HARRISBURG, PA
MAR 1 8 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## O R D E R

Before the court in the captioned action is a February 20, 2002 report of the magistrate judge recommending that the motion be deemed unopposed pursuant to Rule 7.6 of the Rules of Court of the U.S. District Court for the Middle District of Pennsylvania. It is further recommended that the motion be granted and the matter be involuntarily dismissed pursuant to Fed.R.Civ.P. 41(b). No timely objections have been filed.

Accordingly, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Blewitt.

2) The Motion is deemed unopposed pursuant to Rule 7.6 of the Rules of Court of the United States District Court for the Middle District of Pennsylvania

3) The Motion is **GRANTED** and the matter is involuntarily dismissed pursuant to Fed.R.Civ.P. 41(b).

Certified from the record
Date 3/18/05
Mary E. D'Andrea, Clerk
Per _____ Deputy Clerk

4) The Clerk of Court shall close the file.

_____
YVETTE KANE
United States District Judge

Dated: March 18, 2002.

Case 1:01-cv-00972-YK    Document 13    Filed 03/18/2002    Page 2 of 4

```
                   UNITED STATES DISTRICT COURT
                             FOR THE
                   MIDDLE DISTRICT OF PENNSYLVANIA

                   * * MAILING CERTIFICATE OF CLERK * *

                          March 18, 2002
```

Re:  1:01-cv-00972    Peterson v. SCI-Camp Hill

True and correct copies of the attached were mailed by the clerk to the following:

```
     Christopher Leroy Peterson
     SCI-R
     SCI at Rockview
     EE-5357
     P.O. Box A
     Bellefonte, PA  16823

     Gregory R. Neuhauser, Esq.
     Office of Attorney General
     Strawberry Square
     15th Floor
     Harrisburg, Pa  17120

     Seth A. Mendelsohn, Esq.
     Office of the Attorney General
     301 Chestnut St
     Suite 105
     Harrisburg, PA  17101   Fax No.: 17177723560
```

```
cc:
Judge                             (✓)        ( ) Pro Se Law Clerk
Magistrate Judge                  (✓)        ( ) INS
U.S. Marshal                      ( )        ( ) Jury Clerk
Probation                         ( )
U.S. Attorney                     ( )
Atty. for Deft.                   ( )
Defendant                         ( )
Warden                            ( )
Bureau of Prisons                 ( )
Ct Reporter                       ( )
Ctroom Deputy                     (✓)
Orig-Security                     (✓)
Federal Public Defender           ( )
Summons Issued                    ( )  with N/C attached to complt. and served by:
                                       U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5               ( )
```

```
Order to Show Cause        ( )  with Petition attached & mailed certified mail
                                to:  US Atty Gen   ( )   PA Atty Gen  ( )
                                     DA of County  ( )   Respondents  ( )
Bankruptcy Court           ( )
Other_____ ( )
                                                       MARY E. D'ANDREA, Clerk


DATE:  __3/18/02__                                BY:  _____
                                                       Deputy Clerk
```