

Christopher Leroy Peterson
SCI-R
SCI at Rockview
EE-5357
P.O. Box A
Bellefonte, PA  16823

      Re: 1:01-cv-00972

------------------------

------------------------

Please file all pleadings direct[ly with]
the assigned Judge is located.
with the Judge's Chambers.

JUDICIAL OFFICERS:

Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Thomas M. Blewi[tt]
Magistrate Judge Malachy E. Mann[ion]

------------------------

Judge Yvette Kane
Judge Sylvia H. Rambo
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyse[r]

------------------------

Judge Malcolm Muir
Judge James F. McClure

